UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**    JS-6

| Case No. | CV 12-9885 CAS (MRWx) | Date | March 18, 2013 |
|---|---|---|---|
| Title | MARVIN R. COOK V. EXPRESS CAPITAL LENDING, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS): ORDER DISMISSING CASE

    Plaintiff filed the instant action in this Court on November 19, 2013. On January 11, 2013, the Court dismissed plaintiff's complaint under Federal Rule of Civil Procedure 8(a)(2), finding the complaint to be unintelligible. Dkt. #18. The Court informed plaintiff that he could file an amended complaint before February 11, 2013, and that if he did not this action would be dismissed. As of the date of this order, plaintiff has not filed an amended pleading. Accordingly, the Court hereby DISMISSES this case.

    IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |